UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| VS. § § § | CRIMINAL ACTION NO. 5:20-CR-1315-5&6 |
| DAVID BELL and BILL SHEPARD | |

# ORDER

Pending before the Court is Defendant's Motion to Continue Sentencing.

The Court has reviewed the motion, and the motion is

☐ **DENIED**.

**x GRANTED**. The Court hereby Orders that Defendants sentencings will be rescheduled for a later date.

SIGNED this 27th_ day of January, 2021.

*[signature]*
Marina Garcia Marmolejo
United States District Judge