United States District Court
Southern District of Texas
**ENTERED**
May 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| | § | CRIMINAL DOCKET 5:20-CR-1315-05 |
| *versus* | § § | |
| | § | JUDGE MARINA MARMOLEJO |
| DAVID BELL | § | |

**ORDER ON UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE**

Bell's unopposed motion to amend the conditions of his pretrial release is:

Granted.

Bell can move to Southhaven in the Northern District of Mississippi and will be supervised by the Pretrial Services Office in that district.

Bell is also permitted to travel for work between his new residence in the Northern District of Mississippi and Kansas City.

All other conditions of his release remain in effect.

Denied.

Signed on ___May 10_____, 2021.

Marina Garcia Marmolejo
United States District Judge