UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL DOCKET 5:20-CR-1315-05** |
| *versus* | § | |
| | § | **JUDGE MARINA MARMOLEJO** |
| **DAVID BELL** | § | |

**UNOPPOSED SECOND MOTION TO AMEND CONDITIONS OF RELEASE**

*TO THE HONORABLE MARINA MARMOLEJO*:

David Bell asks the Court to amend the conditions of his release, and shows the following in support of this request:

1. Bell pleaded guilty to transporting undocumented aliens. A sentencing date has not be scheduled.

2. Bell has complied with all conditions of his pretrial release.

3. The Court recently granted a motion to amend Bell's conditions to allow him to accept a job offer from Cardinal Logistics, which is a company located in the Northern District of Mississippi. Bell's conditions were amended so he could move to Southhaven, Mississippi, in the Northern District to be closer to his work; and to allow him to drive a regularly scheduled route to Kansas City (rather than the small, ad hoc driving jobs Bell had previously been driving).

4. Bell now asks the Court to allow him to rent an apartment with co-defendant William Shepard so that they can share living expenses.

5. The AUSA and the Pretrial Services Office are not opposed to this request.

Respectfully submitted,

/s/ David Adler

_____

David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
David Bell

### CERTIFICATE OF SERVICE

A copy of this motion was served upon the AUSA by e-mail on May 17, 2021.

/s/ David Adler

_____

David Adler

### CERTIFICATE OF CONFERENCE

The AUSA and the Pretrial Services Officer are unopposed to this motion.

/s/ David Adler

_____

David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL DOCKET 5:20-CR-1315-05** |
| *versus* | § | |
| | § | **JUDGE MARINA MARMOLEJO** |
| **DAVID BELL** | § | |

### ORDER ON UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE

Bell's unopposed motion to amend the conditions of his pretrial release is:

Granted.

Bell can rent an apartment with co-defendant William Shepard.

All other conditions of his release remain in effect.

Denied.

Signed on May _____, 2021.

_____
Marina Garcia Marmolejo
United States District Judge